IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAELIM CORPORATION<br>　　*Plaintiff*,<br><br>v.<br><br>BOMIN BUNKER OIL PTE LTD<br>　　*Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | C.A. No. 4:19-CV-00485<br>Admiralty 9(h) |

## CERTIFICATE OF INTERESTED PARTIES

Pursuant to Federal Rule of Civil Procedure 7.1 and this Court's Order for Disclosure of Interested Parties, Plaintiff, Daelim Corporation, files its Certificate of Interested Parties and respectfully would show this Court that the following persons and/or entities are financially interested in this suit:

1. Daelim Corporation;

2. Bomin Bunker Oil Pte Ltd.; and,

3. Chimbusco Marine Bunker (Tianjin) Co. Ltd.

        Respectfully submitted,

        */s/ James T. Bailey*
---
Robert L. Klawetter
Federal I.D. 2471
State Bar No. 11554700
klawetter@easthamlaw.com
Christina K. Schovajsa
Federal I.D. 25142
State Bar No. 24002910
schovajsa@easthamlaw.com
James T. Bailey
Federal I.D. 30347
State Bar No. 24031711
bailey@easthamlaw.com
The Niels Esperson Building
808 Travis Street, Suite 1300
Houston, TX  77002
Telephone: (713) 225-0905
Facsimile:  (713) 225-2907
*Attorneys for Plaintiff*
*Daelim Corporation*

OF COUNSEL:

EASTHAM, WATSON, DALE & FORNEY, L.L.P.

        --and--

        */s/ Timothy J. Nast*
---
Thomas L. Tisdale, *Pro hac vice*
ttisdale@tisdale-law.com
Timothy J. Nast, *Pro hac vice*
tnast@tisdale-law.com
One Grand Central Place
60 East 42nd Street, Suite 1638
New York, New York 10165-6220
Telephone: (212) 254-0025
Facsimile:  (212) 869-0067
*Attorneys for Plaintiff*
*Daelim Corporation*

OF COUNSEL:

TISDALE LAW OFFICES, LLC

**CERTIFICATE OF SERVICE**

No other parties have answered or appeared.

                                                           */s/ James T. Bailey*
                                                              James T. Bailey